Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JUAN MANUEL GARCIA

## United States District Court
### for the Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| JUAN MANUEL GARCIA,  *Petitioner*,  vs.  TRENT ALLEN, Warden,  *Respondent,*  PEOPLE OF THE STATE OF CALIFORNIA,  *Real Party In Interest.* | No. **2:23-cv-00744-KJM-AC**  ~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS  *(Unopposed)* |

**~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION TO DISMISS**

Good cause appearing, and the motion being unopposed, this court grants petitioner a 60-day extension of time to file the opposition to motion to dismiss, from Monday, July 24, 2023, to and including Friday, September 22, 2023.

DATED: July 18, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE