UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GARCIA, | No. 2:23-cv-0744 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| TRENT ALLEN, et al, | |
| Respondents. | |

Petitioner has requested a seven-day extension of time to file an opposition to respondent's motion to dismiss. ECF. No. 13. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 13) is GRANTED; and

2. Petitioner shall file an opposition to the motion to dismiss by September 29, 2023.

DATED: September 25, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE