Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JUAN MANUEL GARCIA

United States District Court
for the Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| JUAN MANUEL GARCIA,<br><br>*Petitioner*,<br>vs.<br><br>TRENT ALLEN, Warden,<br><br>*Respondent,*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party In Interest.* | No. **2:23-cv-0744 DC AC P**<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS<br><br>*(Unopposed)* |

**~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and the motion being unopposed, this court grants petitioner a 31-day extension of time to file the objections to magistrate's findings and recommendations, from Friday, December 6, 2024, to and including Monday, January 6, 2025.

DATED: December 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE